IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANNIEL BICE,**

    **Plaintiff,**

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner**
**of Social Security,**

    **Defendant.**

Case No. 22-CV-01507-SPM

# ORDER FOR ATTORNEY'S FEES

Before the Court is a Joint Motion to Award Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (Doc. 28). The motion is **GRANTED**.

The parties agree that plaintiff is entitled to an award of attorney's fees and expenses in the amount of $8,341.08 (eight thousand three hundred forty-one dollars and eight cents).[1]

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the EAJA, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. Accordingly, plaintiff is awarded $8,341.08 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to plaintiff in this matter under the EAJA, 28 U.S.C. § 2412.

Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt the litigant owes the United States. *Astrue v. Ratliff*,

---

[1] This amount addresses only fees and expenses. If plaintiff seeks costs, he shall do so separately.

560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

**DATED:  November 20, 2023**

<u>s/ *Stephen P. McGlynn*</u>
**STEPHEN P. McGLYNN**
**U.S. District Judge**